No. 00–1851.  FACE ET AL. v. NATIONAL HOME EQUITY MORT-
GAGE ASSN.  C. A. 4th Cir.  Certiorari denied.

No. 00–1854.  RYAN ET AL. v. POWELL ET AL.  C. A. 3d Cir.
Certiorari denied.

No. 00–1855.  CHEVRON U. S. A. PRODUCTION CO. v. MYERS.
Ct. App. La., 3d Cir.  Certiorari denied.

No. 00–1856.  FERRANTI v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 00–1857.  HUSAIN v. UNITED STATES.  C. A. 5th Cir.  Cer-
tiorari denied.

No. 00–1858.  COTA v. SIMONTON ET AL.  Ct. App. Cal., 2d
App. Dist.  Certiorari denied.

No. 00–1859.  WEINBERG, T/A HILL HOUSE v. COMCAST CABLE-
VISION OF PHILADELPHIA.  Super. Ct. Pa.  Certiorari denied.

No. 00–1861.  MEMPHIS HOUSING AUTHORITY v. THOMPSON.
Sup. Ct. Tenn.  Certiorari denied.

No. 00–1862.  KOHN v. AT&T CORP. ET AL.  C. A. 3d Cir.  Cer-
tiorari denied.

No. 00–1863.  COUNTY OF LOS ANGELES ET AL. v. STREIT
ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–1864.  HOCHEVAR v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 00–1865.  GUTIERREZ v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 00–1866.  GARCIA v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 00–1867.  HONG v. UNITED STATES.  C. A. 4th Cir.  Cer-
tiorari denied.